STATE v. KIMMER

No. 123P99

Case below: 132 N.C.App. 398

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 22 July 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

STATE v. KING

No. 254P99

Case below: 133 N.C.App. 192

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

STATE v. LONG

No. 292P99

Case below: 133 N.C.App. 349

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 August 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

STATE v. LYONS

No. 238A94-2

Case below: Forsyth County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Forsyth County, denied 19 August 1999.

STATE v. MELTON

No. 317P99

Case below: 133 N.C.App. 658

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.